**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | **William E. Garman, Jr.** | : | Chapter 13 |
| | **Michelle Garman** | : | Bankruptcy No. |
| | | : | 15-17113-sr |

**ORDER**

    **AND NOW,** to wit, this 13th day of July, 2016, upon consideration of the foregoing Application for Compensation and Reimbursement of Expenses, it is hereby ORDERED & DECREED that MICHAEL S. SCHWARTZ, ESQUIRE, is awarded $3,000.00 as the total legal fee for services performed and expenses incurred for essential bankruptcy services performed. Trustee is authorized to pay the unpaid balance thereof, the sum of $1,500.00 from the estate to the extent provided by the confirmed Plan.

_____
Honorable Stephen Raslavich
U.S. Bankruptcy Court Judge