United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
William E. Garman, Jr.  
Michelle Garman  
    Debtors

Case No. 15-17113-sr  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 1    Date Rcvd: Jul 13, 2016  
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2016.  
db/jdb       +William E. Garman, Jr.,   Michelle Garman,   3117 Rawle Street,   Philadelphia, PA 19149-2618

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2016        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2016 at the address(es) listed below:  
        FREDERICK L. REIGLE   ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        MICHAEL SETH SCHWARTZ   on behalf of Debtor William E. Garman, Jr. msbankruptcy@verizon.net  
        MICHAEL SETH SCHWARTZ   on behalf of Joint Debtor Michelle Garman msbankruptcy@verizon.net  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
    TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | **William E. Garman, Jr.** | : | **Chapter 13** |
| | **Michelle Garman** | : | **Bankruptcy No.** |
| | | : | **15-17113-sr** |

**ORDER**

    **AND NOW,** to wit, this 13th day of July, 2016, upon consideration of the foregoing Application for Compensation and Reimbursement of Expenses, it is hereby ORDERED & DECREED that MICHAEL S. SCHWARTZ, ESQUIRE, is awarded $3,000.00 as the total legal fee for services performed and expenses incurred for essential bankruptcy services performed. Trustee is authorized to pay the unpaid balance thereof, the sum of $1,500.00 from the estate to the extent provided by the confirmed Plan.

_____
Honorable Stephen Raslavich
U.S. Bankruptcy Court Judge