UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :
:
   WILLIAM E. GARMAN, JR. : Bankruptcy No. 15-17113SR
       and :
   MICHELLE GARMAN :
:
          Debtor(s) : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby Dismissed with Prejudice and debtor is barred from filing another bankruptcy petition, either individually or jointly with a spouse, for a period of one hundred eighty (180) days from the date of this Order.

**Date: December 14, 2016**

_____
Stephen Raslavich, B. J.

Interested parties:

Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606-0410

Michael S. Schwartz, Esq.
707 Lakeside Office Park
Street & Stump Roads
Southampton, PA 18966

Interested parties continued on next page.

Interested parties:

William E. Garman, Jr. and
Michelle Garman
3117 Rawle Street
Philadelphia, PA 19149

George M. Conway, Esq.
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107