United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 15-17113-sr
William E. Garman, Jr.                                              Chapter 13
Michelle Garman
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: PaulP              Page 1 of 2              Date Rcvd: Dec 14, 2016
                              Form ID: pdf900          Total Noticed: 42
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 16, 2016.
```
db             +William E. Garman, Jr.,    3117 Rawle Street,    Philadelphia, PA 19149-2618
jdb           #+Michelle Garman,    3117 Rawle Street,    Philadelphia, PA 19149-2618
               +George M Conway, Esq.,    Office of the United States Trustee,    833 Chestnut Street,
                 Suite 500,    Philadelphia, PA 19107-4405
13608244        Accounts Receivable Management,    PO Box 129,    Thorofare, NJ 08086-0129
13608247        Aria Health,    PO Box 8500 6395,    Philadelphia, PA 19178-6395
13608248       +Bank of America,    PO Box 660933,    Dallas, TX 75266-0933
13608249        Capital Collection Svc,    300 N Route 73,    West Berlin, NJ 08091
13619959        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
13608250       +Central Financial Control,    PO Box 66051,    Anaheim, CA 92816-6051
13608252       +Cntl Jer Adj,    201 Central Ave,    Westfield, NJ 07090-2151
13653192        ECMC,    PO BOX 16408,    ST. PAUL, MN 55116-0408
13608253       +ECMC,    Attention: Treasury Offset,    PO Box 16288,    Saint Paul, MN 55116-0288
13608254       +Financial Recoveries,    Po Box 1388,    Mount Laurel, NJ 08054-7388
13608260       +Macy/DSNB,    9111 Duke Blvd.,    Mason, OH 45040-8999
13608261       +Merchant Assoc Cool D,    134 S. Tampa Street,    Tampa, FL 33602-5396
13608262       +National Recovery Agency,    2491 Paxton Street,    Harrisburg, PA 17111-1036
13608263       +PECO Bankruptcy Group,    2301 Market Street, N3-1,    PO Box 8699,    Philadelphia, PA 19101-8699
13608264        Penn Dental Medicine,    240 S. 40th Street,    Philadelphia, PA 19104-6030
13608265       +Philadelphia Gas Works,    800 W. Montgomery Avenue,    Philadelphia, PA 19122-2898
13608266       +Premiere Credit of NA,    PO Box 19309,    Indianapolis, IN 46219-0309
13608268        Quest Diagnostics,    PO Box 7306,    Hollister, MO 65673-7306
13608269       +Recsolutions,    1001 West Main Str,    Lebanon, OH 45036-7211
13608270        Red Lion Pediatrics,    2998 Red Lion Lane,    Philadelphia, PA 19114
13608271        Regional Cardiology Consultants,    PO Box 51268,    Philadelphia, PA 19115-0268
13608274       +United Rev,    Po Box 1184,    Langhorne, PA 19047-6184
13608275       +Wells Fargo Bank c/o SPS,    Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,
                 Simi Valley, CA 93062-5170
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Dec 15 2016 01:33:12     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 15 2016 01:32:54
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 15 2016 01:33:10     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13608245       +E-mail/Text: EBNProcessing@afni.com Dec 15 2016 01:33:03     Afni,    404 Brock Drive,
                 PO Box 3427,    Bloomington, IL 61702-3427
13608246       +E-mail/Text: roy.buchholz@allianceoneinc.com Dec 15 2016 01:32:44     Alliance One,
                 4850 Street Road, Suite 300,    Feasterville Trevose, PA 19053-6643
13615620        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 15 2016 01:37:30
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK  73124-8848
13712947        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 15 2016 01:23:28
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
13709746       +E-mail/Text: bankruptcy@phila.gov Dec 15 2016 01:33:12
                 CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT,    BANKRUPTCY GROUP, MSB,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1617
13608251       +E-mail/Text: bankruptcy@phila.gov Dec 15 2016 01:33:12     City of Philadelphia,
                 Delinquent Tax Department,    Municipal Services Building,    1401 John F. Kennedy Blvd.,
                 Philadelphia, PA 19102-1601
13608255        E-mail/PDF: gecsedi@recoverycorp.com Dec 15 2016 01:23:27     GECRB/Lowes,    PO Box 103065,
                 Roswell, GA 30076
13608256       +E-mail/PDF: gecsedi@recoverycorp.com Dec 15 2016 01:23:26     GECRB/Old Navy,    PO Box 981400,
                 El Paso, TX 79998-1400
13608257       +E-mail/PDF: gecsedi@recoverycorp.com Dec 15 2016 01:24:49     GECRB/Walmart,    PO Box 981400,
                 El Paso, TX 79998-1400
13608259       +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 15 2016 01:23:28     LVNV Funding LLC,
                 PO Box 740281,    Houston, TX 77274-0281
13608258       +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 15 2016 01:33:25     Labcorp,
                 c/o Credit Collection Services,    Two Wells Avenue,    Newton Center, MA 02459-3225
13635106       +E-mail/Text: bankruptcygroup@peco-energy.com Dec 15 2016 01:32:49     PECO Energy Company,
                 Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13608267       +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 15 2016 01:24:16     PYOD LLC,
                 PO Box 10497,    Greenville, SC 29603-0497
                                                                                             TOTAL: 16
```

```
District/off: 0313-2          User: PaulP               Page 2 of 2                  Date Rcvd: Dec 14, 2016
                              Form ID: pdf900           Total Noticed: 42
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13608272    ##+RJM Acquisitions LLC,    575 Underhill Blvd. Suite 2,    Syosset, NY 11791-3416
13608273    ##+Smart Tuition,    One Woodbridge Center, Suite 800,    Woodbridge, NJ 07095-1160
                                                                     TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2016 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee, on behalf of
               the registered holders of First Franklin Mortgage Loan Trust, Mortgage Pass-Through Certificates,
               Series 2004-FF8 bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              MICHAEL SETH SCHWARTZ    on behalf of Debtor William E. Garman, Jr. msbankruptcy@verizon.net
              MICHAEL SETH SCHWARTZ    on behalf of Joint Debtor Michelle  Garman msbankruptcy@verizon.net
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                              :
                                                                    :
   WILLIAM E. GARMAN, JR.           : Bankruptcy No.  15-17113SR
       and                                  :
   MICHELLE GARMAN                      :
                                                                    :
              Debtor(s)         : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby Dismissed with Prejudice and debtor is barred from filing another bankruptcy petition, either individually or jointly with a spouse, for a period of one hundred eighty (180) days from the date of this Order.

**Date: December 14, 2016**

_____
Stephen Raslavich, B. J.

Interested parties:

Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606-0410

Michael S. Schwartz, Esq.
707 Lakeside Office Park
Street & Stump Roads
Southampton, PA 18966

Interested parties continued on next page.

Interested parties:

William E. Garman, Jr. and
Michelle Garman
3117 Rawle Street
Philadelphia, PA 19149

George M. Conway, Esq.
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107